PER CURIAM.
Affirmed. Casto v. Casto, 508 So.2d 330, 334 (Fla.1987); Kanouse v. Kanouse, 549 So.2d 1035 (Fla. 3d DCA 1989); O’Connor v. O’Connor, 435 So.2d 344 (Fla. 1st DCA 1983); Baker v. Baker, 394 So.2d 465 (Fla. 3d DCA), rev. denied, 402 So.2d 607 (Fla.1981); Buben-ik v. Bubenik, 392 So.2d 943 (Fla. 3d DCA *1079 1980); Zakoor v. Zakoor, 240 So.2d 193 (Fla. 4th DCA 1970).